1:17-CR-53

Judge Travis McDonough

Chief U.S. District Judge

900 Georgia Ave

Room 317

Chattanooga, TN 37402

FILED

JUN 09 2022

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Judge McDonough

I have been paying restitution as well as IFRP from 2018 when I was serving at Lexington FMC. I am now on supervised release and working and paying court ordered restitution. My co-defendant, James Brennan is also paying restitution. In the overall scheme of things the money we have paid, so far, may not be a large sum, however it is significant to what we are presently earning in our jobs.

My concern is that none of our victims have received ANY of this money ? Im not sure where it has gone, we make our checks payable to US District Court. Im just curious as to why none of the victims have received any of this money. I really hope this money can go to our victims as soon as possible.

Thank you

Doug Dyer

179 Callaway Ct

Chattanooga, TN 37421

BACON SINCE 1944
PRODUCTS
CORPORATION

P. O. Box 22187 • Chattanooga, TN 37422-2187 • USA
1605 Shepherd Road • Chattanooga, TN 37421 • USA
baconproducts.com

CHATTANOOGA TN 373
5 MAY 2022 PM 2 L

Judge Travis M<sup>c</sup>Donough
Chief U.S. District Judge
900 Georgia Ave
Room 317
Chattanooga, Tn 37402

$0.53 0
US POSTAGE
FIRST-CLASS
162S0001036001
37421
S88530.153