1-17-CR-53

Judge Travis McDonough

900 Georgia Ave Room 317

Chattanooga, TN 37402

April 9, 2023

FILED

APR 11 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Your Honor,

As advised by my Probation Office, Dustin Lett, It is normal to request early termination of Probation after serving 50% of the term of Probation. As you remember I was sentenced to 3 years of Probation. That is 1,095 days. Judge Collier reduced my Probation by 489 days based on completion and awarding of First Step Act Earned Time Credits on May 20, 2022. I began my term of Probation on January 13, 2022. I have now gone past the one year period, and have completed **75% of my Probation**.

Accoding to Title 18, Section 3585 (e) (1), of the US Code:

The court may, after considering the factors set forth in section 3553(a)(1),(a)(2)(B),(a)(2)(C),(a)(2)(D),(a)(4),(a)(5),(a)(6), and (a)(7)-

(1) Terminate a term of supervised release and discharge the defendant released at **any time after the expiration of one year of supervised release,** pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of defendant released and the interest of justice.

I have been humbled by this chapter in my life. During my term of incarceration I have had zero discipline issues both while in Lexington FMC for 31 months and during Home Confinement from June of 2020 to Jan 13, 2022 ( 19 months ). I was granted Home Confinement under the CARES Act, which one part of that was for a perfect discipline record and active participation in recidivism reducing classes and activities. I have also obeyed my term of Probation and have been timely with all reports to my Probation officer. I have not committed any crimes or violated any terms of my Probation.

At age 63, I have been blessed to have a job as the Marketing Manager at Bacon Products since June of 2020. I have had a perfect work record in terms of being on time and not missing any days with unexcused absence. I have resumed being active at Christ United Methodist Church. I have been a good husband, I have spent a significant amount of time caring for my disabled brother and my Mom, who is now in a nursing home. I have recently agreed to serve as a volunteer board member with the B.R.A.V.E. Effect, a local non-profit that provides successful reentry skills to those coming out of jails and prisons that helps reduce recidivism. I will also be mentoring those that need help in this program.

Again, Your Honor I humbly request early termination of my period of Probation based on completing 50% of my term and serving over One year of supervised release, with a record of complying with my Probation officer and staying out of ANY trouble. I can assure you and this court I will not be a threat to commit any crime. I am truly a changed man and believe I have honorably served the term of my punishment and know that I deserved that punishment.

Sincerely

Doug Dyer

179 Callaway Ct

Chattanooga, Tn 37421

423-661-1729

NASHVILLE TN 370

8 APR 2022 PM 5

$0.60 Q
US POSTAGE
FIRST-CLASS
062S0014950417
37421
S87202.171

Judge Travis Mc Donough
900 Georgia Ave
Room 317
Chattanooga, Tn. 37421

37402-223652

BACON
SINCE 1944
PRODUCTS
CORPORATION

P.O. Box 22187 • Chattanooga, TN 37422-2187 • USA
1605 Shepherd Road • Chattanooga, TN 37421 • USA
baconproducts.com